IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA KAY WOOD, | : | 3:12-cv-2506 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CAROLYN COLVIN, | : | |
| Commissioner of Social | : | |
| Security, | : | |
| | : | |
| Defendant. | : | |

# ORDER

### March 27, 2014

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Barbara K. Wood as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Barbara K. Wood disability insurance benefits and disability benefits is affirmed.

3. The Clerk of Court shall **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
